MCDONALD CARANO LLP
Craig A. Newby, Esq. (NV Bar No. 8591)
Ryan J. Works, Esq. (NV Bar No. 9224)
Amanda M. Perach, Esq. (NV Bar No. 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone Number: (702) 873-4100
Facsimile Number: (702) 873-9966
cnewby@mcdonaldcarano.com
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Steven Harrington, Steven Harrington and Tammi Harrington as Trustees of The STH Living Trust Dated December 15, 2016, successor in interest to The Harrington Family Trust Dated June 15, 2005 and Retro Manufacturing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>7470 COMMERCIAL WAY PARTNERS, LLC,<br><br>Debtor.<br><br>STEVEN HARRINGTON; STEVEN HARRINGTON and TAMMI HARRINGTON as Trustees of the STH Living Trust Dated December 15, 2016, Successor in interest to The Harrington Family Trust Dated June 15, 2005; RETRO MANUFACTURING, LLC,<br><br>Appellants,<br><br>v.<br><br>7470 COMMERCIAL WAY PARTNERS, LLC; PATRICK NIXON; DKD INVESTMENTS, LLC<br><br>Appellees. | BK Case No.: 16-15253-btb<br><br>Appeal Case No. 2:17-cv-01389-RFB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF APPEAL** |

Steven Harrington ("Harrington"), Steven Harrington and Tammi Harrington, As Trustees Of The STH Living Trust Dated December 15, 2016, successor in interest to the Harrington

Family Trust Dated June 15, 2005 (the "Harrington Trust"), and Retro Manufacturing, LLC ("Retro" collectively, with Harrington and the Harrington Trust, the "Harrington Parties"), by and through their counsel, McDonald Carano LLP and DKD Investments, LLC ("DKD"), by and through its counsel, the law firm of Larson & Zirzow hereby stipulate and agree to dismiss the appeal currently pending before the United States District Court, District of Nevada. Each party shall bear its own respective costs, fees and attorneys' fees.

**IT IS SO STIPULATED.**

| LARSON & ZIRZOW, LLC | MCDONALD CARANO LLP |
|---|---|
| By: /s/ Shara L. Larson | By: /s/ Amanda M. Perach |
| ZACHARIAH LARSON, ESQ. | CRAIG A. NEWBY, ESQ. |
| Nevada Bar No. 7787 | Nevada Bar No. 8591 |
| MATTHEW C. ZIRZOW, ESQ. | RYAN J. WORKS, ESQ. |
| Nevada Bar No. 7222 | Nevada Bar No. 9224 |
| SHARA L. LARSON, ESQ. | AMANDA M. PERACH, ESQ. |
| Nevada Bar No. 7786 | Nevada Bar No. 12399 |
| 850 E. Bonneville Ave. | 2300 West Sahara Avenue, Suite 1200 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| *Attorneys for Secured Creditor DKD Investments, LLC* | *Counsel for Steven Harrington, Steven Harrington and Tammi Harrington as Trustees of The Harrington Family Trust Dated June 15, 2005 and Retro Manufacturing, LLC* |

386847

## ORDER

Based on the foregoing Stipulation of the Parties, and good cause appearing, it is hereby ORDERED and DECREED that the Appeal is hereby dismissed in its entirety, each party to bear its own fees and costs. The Clerk of the Court is directed to CLOSE THIS APPEAL.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of May, 2017.